IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHILLIP D. BURDICK,           No. C 08-0366 WHA (PR)

    Petitioner,           **ORDER OF TRANSFER**

  v.

JOHN MARSHALL, Warden,

    Respondent.
                                         /

    This is a habeas case filed pro se by a state prisoner. He was convicted in the Superior Court of Monterey County, which is in this district, and is housed at California Men's Colony, San Luis Obispo, which is in the Central District.

    Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). The petition is directed to the twenty-second denial of parole to petitioner by the Board of Parole Hearings. Because petitioner's challenge goes to the execution of his sentence, this petition is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b).

    **IT IS SO ORDERED.**

Dated: January   28  , 2008.

                                                               WILLIAM ALSUP
                                                               UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\BURDICK0366.TRN.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP D. BURDICK,

        Plaintiff,

  v.

JOHN MARSHALL et al,

        Defendant.
_____/

Case Number: CV08-00366 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Phillip D. Burdick
B-82439/ Cell 8226
California Men's Colony - East
PO Box 8101
San Luis Obispo, CA 93409-8101

Dated: January 29, 2008

                                      Richard W. Wieking, Clerk
                                      By: D. Toland, Deputy Clerk