**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

**RECEIVED**

MAR 1 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

General Court Number
415.522.2000

January 29, 2008

US District Court
Central District of California
Office of the Clerk
312 North Spring St.
Los Angeles, CA 90012

RE: CV 08-00366 WHA  PHILLIP D. BURDICK-v-JOHN MARSHALL

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☐ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Susan Imbriani* (signature)

by: Susan Imbriani
Case Systems Administrator

Enclosures
Copies to counsel of record

CV08-01528 VBF (VBK)
3/5/08
LHorn